UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JEFFREY T. MILLER)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 09CR1558-JM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER CONTINUING** |
| | ) | **SENTENCING HEARING** |
| ANTONIO CIRANDA-SANCHEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**IT IS HEREBY ORDERED** that the sentencing hearing currently scheduled for May 14, 2010, be rescheduled to *Friday, June 11, 2010, at 9:00 a.m.*

**IT IS SO ORDERED.**

DATED: May 13, 2010

_____
Hon. Jeffrey T. Miller
United States District Judge